828

*General Sobeloff, Assistant Att[orney General Holland] and
Ellis N. Slack* for respondents.

No. 194. GREGORY RUN COAL CO. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Sidney B. Gambill* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky* and *Robert B. Ross* for respondent.

No. 259. COMMISSIONER OF INTERNAL REVENUE *v.* B. H. SWANEY & SONS, INC. ET AL. C. A. 4th Cir. Certiorari denied. *Solicitor General Sobeloff* for petitioner. *Arch M. Cantrall* and *W. G. Stathers* for respondents.

No. 195. CONSER *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. Supreme Court of Missouri. Certiorari denied. *Francis H. Monek* and *Melvin L. Griffith* for petitioner. *Richmond C. Coburn* for respondent.

No. 196. HARRISON *v.* PARAMOUNT PICTURES, INC. ET AL. C. A. 3d Cir. Certiorari denied. *Harry Norman Ball* for petitioner. *Wm. A. Schnader* and *Earl G. Harrison* for Paramount Film Distributing Corp. et al., and *Louis G. Goffman* for Warner Bros. Pictures Distributing Corp. et al., respondents.

No. 197. HADJIPATERAS ET AL. *v.* AMERICAN TOBACCO CO. ET AL. C. A. 2d Cir. Certiorari denied. *Paul V. McNutt* for petitioners. *John W. R. Zisgen* and *Henry N. Longley* for respondents.

No. 198. SILVERMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Roy C. Frank* for petitioner. *Solici-*